UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RENARD TRUMAN POLK, | Case No. 3:12-cv-00506-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants. | |

This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983. By order dated October 18, 2012, the Court directed plaintiff to file a completed application to proceed *in forma pauperis* on the court-approved forms and along with the required financial documentation within thirty (30) days of the date of entry of the order (dkt. no. 3). The Court expressly warned plaintiff that failure to comply with this Court's order would result in dismissal of this action. The order was served on plaintiff at his address of record.

More than the allotted time has elapsed, and plaintiff has failed to file a completed application to proceed *in forma pauperis*. Accordingly, this entire action will be dismissed for failure to comply with the Court's order. The Court notes that plaintiff must file a separate completed application to proceed *in forma pauperis*, along with the required financial information, for each action that he files.

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice for the failure of plaintiff to comply with this Court's order dated October 18, 2012.

IT IS FURTHER ORDERED that the Clerk SHALL SEND plaintiff the approved form for a 42 U.S.C. §1983 complaint, an Application to Proceed *In Forma Pauperis*, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

IT IS FURTHER ORDERED that the Clerk shall ENTER JUDGMENT accordingly and close this case.

DATED THIS 4th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE